Dixon H. ISAAC, Claimant–Appellant,

v.

Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2009–7007.

United States Court of Appeals, Federal Circuit.

June 25, 2009.

Kenneth M. Carpenter, Carpenter, Chartered, Topeka, KS, for Claimant–Appellant.

Allison Kidd–Miller, Department of Justice, David J. Barrans, Michael G. Daugherty, Department of Veterans Affairs, Washington, DC, for Respondent–Appellee.

ON MOTION

*ORDER*

Upon consideration of Dixon H. Isaac's motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.